**Fill in this information to identify the case:**

Debtor name _____**Spoke Media, Inc.**_____

United States Bankruptcy Court for the:
_____**Northern District of Texas**_____

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | High Five Media, LLC<br><br>220 E Las Colinas Suite C210<br>Irving, TX 75039 | | | | | | $1,798,513.97 |
| 2 | Carl Freed<br><br>1020 Chantilly Road<br>Los Angeles, CA 90077 | | | | | | $129,614.28 |
| 3 | The Nord Group LLP<br><br>1925 Century Park East #1700<br>Los Angeles, CA 90067 | | | | | | $101,395.88 |
| 4 | Castleview Productions/Barnhill Produ Inc<br><br>1100 W 41st<br>Austin, TX 78756 | | | | | | $57,750.00 |
| 5 | Davis Wright Tremaine LLP<br><br>920 5th Ave. Suite 3300<br>Seattle, WA 98104 | | | | | | $56,180.60 |
| 6 | Hallett & Perrin, P.C.<br><br>1445 Ross Ave Suite 2400<br>Dallas, TX 75202 | | Unpaid Fees | | | | $36,713.20 |
| 7 | Anonymous Content, LLC<br><br>Attn.: Accounts Receivable<br>8501 Washington Blvd<br>Culver City, CA 90232 | | | | | | $30,000.00 |
| 8 | Barkada Ko LLC<br><br>Tara Patricia M. Aquino<br>1809 Clinton St. #9<br>Los Angeles, CA 90026 | | | | | | $22,167.77 |

Debtor   **Spoke Media, Inc.**
   Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9  Brian Luce 4147 South Wallace Ave Chicago, IL 60609 | | | | | | $21,000.00 |
| 10  Dazzling Urbanite Inc FSO Marc Bernadin 9640 Wilshire Blvd. 7th Floor Beverly Hills, CA 90212 | | | | | | $18,000.00 |
| 11  Frankfurt Kurnit Klein & Selz, PC P.O. Box 1006 New York, NY 10272 | | | | | | $14,932.50 |
| 12  Bright Goose Media Consulting LLC 4505 Tobias Ave Sherman Oaks, CA 91403 | | | | | | $13,200.00 |
| 13  Tyler Greene The Story Producer LLC 29563 Camino Azar Valencia, CA 91354 | | | | | | $12,000.00 |
| 14  Belly Bear/Christian Spicer Mazza Belly Bear LLC 560 W. Main St. Suite C, #252 Alhambra, CA 91801 | | | | | | $11,800.00 |
| 15  Hiscox, Inc. P.O. Box 261567 Hartford, CT 06126 | | | | | | $10,782.98 |
| 16  NPall Audio, Inc. 810 Dominican Dr Nashville, TN 37228 | | | | | | $10,300.00 |
| 17  Sammy B Syrett 13521 Applewood Dr Grandview, MO 64030 | | | | | | $9,975.00 |
| 18  Beau Delmore 4510 W 28th St Los Angeles, CA 90016 | | | | | | $9,072.00 |
| 19  Guru Network Limited Inc./Castbox 4400 Route 9 S # 100 Freehold, NJ 07728-1383 | | | | | | $9,000.00 |
| 20  Princess Weekes 12 Ford St. Apt. 4E Brooklyn, NY 11213 | | | | | | $8,000.00 |

Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____   Chapter __11__

❑ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | **Spoke Media, Inc.** |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as names* | |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 2 – 0 6 9 3 5 2 3** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **220 E. Las Colinas Blvd.** <br> Number       Street | <br> Number       Street |
| **Irving, TX 75039** <br> City                State      ZIP Code | <br> City                State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Dallas** <br> County | <br> Number       Street |
| | <br> City                State      ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding LLP)

❑ Other. Specify: _____

---

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page **1**

Debtor   **Spoke Media, Inc.**                                                Case number *(if known)*
              Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY

District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                                    MM / DD / YYYY

Case number, if known _____

Debtor   **Spoke Media, Inc.**

Name

Case number *(if known)*

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐   It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

_____

☐   It needs to be physically secured or protected from the weather.

☐   It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐   Other _____

**Where is the property?** _____

Number        Street

_____

City                                    State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.      Insurance agency   _____

Contact name   _____

Phone   _____

| **Statistical and administrative information** |
|---|

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49   ☑ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000

☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion

☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion

☑ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor   **Spoke Media, Inc.**                                                    Case number *(if known)*
     Name

| 16. Estimated liabilities | ❏ $0-$50,000 | ☑ $1,000,001-$10 million | ❏ $500,000,001-$1 billion |
|---|---|---|---|
| | ❏ $50,001-$100,000 | ❏ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| | ❏ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| | ❏ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/24/2026**
          MM/  DD/  YYYY

**X**  **/s/ George Laughlin**                     **George Laughlin**
Signature of authorized representative of debtor      Printed name

Title           **CEO**

**18. Signature of attorney**

**X**        **/s/ Susan Tran Adams**       Date   **06/24/2026**
Signature of attorney for debtor                  MM/  DD/  YYYY

**Susan Tran Adams**
Printed name

**TRAN SINGH, LLP**
Firm name

**2502 La Branch St.**
Number      Street

**Houston**                   **TX**      **77004**
City                            State     ZIP Code

                             **stran@ts-llp.com**
Contact phone                  Email address

**24075648**                    **TX**
Bar number                    State

Fill in this information to identify the case:

Debtor Name   **Spoke Media, Inc.**

United States Bankruptcy Court for the: _____ **Northern** _____   District of _____ **Texas** _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Woodforest National** | **Checking account** | **3 8 3 7** | **$46,230.00** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____   _____

   4.2 _____   _____

5. **Total of Part 1**                                                         **$46,230.00**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____   _____

Debtor **Spoke Media, Inc.**                                              Case number *(if known)* _____

Name

---

7.2 _____   _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____   _____

8.2 _____   _____

9. **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| | Current value of debtor's interest |
|---|---|

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less:   **$91,947.40** - **unknown** =.....➔   **unknown**

face amount          doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ =.....➔   _____

face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____   _____   _____

14.2 _____   _____   _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1. _____   _____   _____   _____

15.2. _____   _____   _____   _____

Debtor    **Spoke Media, Inc.**                                          Case number *(if known)* _____
           Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____        _____    _____

    16.2 _____        _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                                        _____

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 19. **Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| 20. **Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| 22. **Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                                        _____

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

Debtor     **Spoke Media, Inc.**                         Case number *(if known)* _____
         Name

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor     **Spoke Media, Inc.**                                      Case number *(if known)* _____
      Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **Office furniture** | **unknown** | **FMV** | **$10,983.51** |
| 40. | **Office fixtures** | | | |
| | | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Office equipment** | **unknown** | **FMV** | **$121,706.32** |
| | **Computers** | **unknown** | **FMV** | **$1,000.00** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | **$133,689.83** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |

Debtor   **Spoke Media, Inc.**                                   Case number *(if known)* _____
　　　　　Name

47.4 _____   _____  _____  _____

48. **Watercraft, trailers, motors, and related accessories** Examples:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    48.1 _____   _____  _____  _____

    48.2 _____   _____  _____  _____

49. **Aircraft and accessories**

    49.1 _____   _____  _____  _____

    49.2 _____   _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

    _____   _____  _____  _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ❏ No

    ❏ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ❏ No

    ❏ Yes

### Part 9:　　　Real property

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.

    ❏ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

Debtor     **Spoke Media, Inc.**                                        Case number *(if known)* _____
           Name

| | | | | |
|---|---|---|---|---|

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

❑ No

❑ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

❑ No

❑ Yes

---

**Part 10:** Intangibles and intellectual property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

❑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

❑ No

❑ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

❑ No

❑ Yes

Debtor **Spoke Media, Inc.**          Case number *(if known)* _____

     Name

---

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

**Part 11:**     All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.

   ☑ Yes. Fill in the information below.

                                         **Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = ➡    _____

                     Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

   **Hiscox - Package Inusrance**                           **$0.00**

   **Hartford - Workers Comp Insurance**                  **$0.00**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____

   **Nature of claim**     _____

   **Amount requested**     _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____

   **Nature of claim**     _____

   **Amount requested**     _____

76. **Trusts, equitable or future interests in property**

_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

---

Debtor  **Spoke Media, Inc.**

Name

Case number *(if known)* _____

---

**Spoke Media Studios, LLC**                                                         **$0.00**

78. **Total of Part 11**                                                             **$0.00**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $46,230.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | unknown | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $133,689.83 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column* ............91a. | $179,919.83 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................ | | $179,919.83 |

Fill in this information to identify the case:

Debtor name   **Spoke Media, Inc.**

United States Bankruptcy Court for the: _____**Northern**_____   District of   _____**Texas**_____
(State)

Case number (if known): _____

❑ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

**1.   Do any creditors have claims secured by debtor's property?**

❑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1   Creditor's name**

**High Five Media, LLC**

**Creditor's mailing address**

**220 E Las Colinas Suite C210**

**Irving, TX 75039**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**$1,798,513.97**   unknown

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$1,798,513.97**

Fill in this information to identify the case:

Debtor name **Spoke Media, Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1**

**Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2**

**Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   **Spoke Media, Inc.**                                                    Case number *(if known)* _____
         Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

**708 Sound Studios Inc.**

**220-708 Powell St Vancouver, BC V6A 1H6**

_____

Date or dates debt was incurred   **12/09/2025**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**$200.00**

---

**3.2** **Nonpriority creditor's name and mailing address**

**Addison Vaughn**

**221 Clarkson Ave Apt 3R**

**Brooklyn, NY 11226**

Date or dates debt was incurred   **01/26/2026**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**$5,035.00**

---

**3.3** **Nonpriority creditor's name and mailing address**

**Alecia Parker**

**27 West 72nd #302**

**New York, NY 10023**

Date or dates debt was incurred   **11/2025**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**$3,000.00**

---

**3.4** **Nonpriority creditor's name and mailing address**

**Anonymous Content, LLC**

**Attn.: Accounts Receivable**

**8501 Washington Blvd**

**Culver City, CA 90232**

Date or dates debt was incurred   **01/04/2026**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**$30,000.00**

Debtor    **Spoke Media, Inc.**
_____          Case number *(if known)* _____
          Name

---

| Part 2: | Additional Page |

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$400.00**

**Ashley Coartney**

**3851 W Hirsch St. #210**

**Chicago, IL 60651**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **02/20/2026**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number    — — — —

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,880.00**

**Audioboom LTD**

**Dept CH-1093**

**Palatine, IL 60055**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **04/24/2022**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number    — — — —

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,185.00**

**Bam Studios Inc.**

**1 E. Erie St. Ste 350**

**Palatine, IL 60055**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **12/17/2025**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number    — — — —

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$22,167.77**

**Barkada Ko LLC**

**Tara Patricia M. Aquino**

**1809 Clinton St. #9**

**Los Angeles, CA 90026**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred    **10/02/2025**

Last 4 digits of account number    — — — —

---

Debtor   **Spoke Media, Inc.**                                                    Case number *(if known)* _____
          Name

---

**Part 2:**   Additional Page

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,075.00 |
|-----|----|----|----|

**Beatstreet NYC**

**928 Broadway St Suite 601**

**New York, NY 10010**

*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred   10/07/2025**

**Is the claim subject to offset?**
☑ No
❏ Yes

**Last 4 digits of account number   __ __ __ __**

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,072.00 |
|-----|----|----|----|

**Beau Delmore**

**4510 W 28th St**

**Los Angeles, CA 90016**

*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred   10/2025**

**Is the claim subject to offset?**
☑ No
❏ Yes

**Last 4 digits of account number   __ __ __ __**

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,500.00 |
|-----|----|----|----|

**Because It's Ugly, Inc.**

**C/O United Talent Agency/Acct. 9336**

**9336 Civic Center Drive**

**Beverly Hills, CA 90210**

*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❏ Yes

**Date or dates debt was incurred   08/19/2022**

**Last 4 digits of account number   __ __ __ __**

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,800.00 |
|-----|----|----|----|

**Belly Bear/Christian Spicer Mazza**

**Belly Bear LLC**

**560 W. Main St. Suite C, #252**

**Alhambra, CA 91801**

*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❏ Yes

**Date or dates debt was incurred   03/30/2023**

**Last 4 digits of account number   __ __ __ __**

---

Debtor    **Spoke Media, Inc.**                                                Case number *(if known)* _____
          Name

---

| **Part 2:** | Additional Page |
| --- | --- |

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $21,000.00

**Brian Luce**

**4147 South Wallace Ave**

**Chicago, IL 60609**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **12/08/2025**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number    __ __ __ __

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,000.00

**Brigham Mosley**

**134 3/4 S Ave. 53**

**Los Angeles, CA 90042**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **10/2025**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number    __ __ __ __

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $13,200.00

**Bright Goose Media Consulting LLC**

**4505 Tobias Ave**

**Sherman Oaks, CA 91403**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **11/21/2024**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number    __ __ __ __

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $520.00

**Capitol Corporate Services**

**L-4361**

**Columbus, OH 43260**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **05/2026**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor   **Spoke Media, Inc.**                                              Case number *(if known)* _____
　　　　　Name

## Part 2: Additional Page

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$129,614.28** |
|---|---|---|---|

**Carl Freed**

**1020 Chantilly Road**

**Los Angeles, CA 90077**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$57,750.00** |
|---|---|---|---|

**Castleview Productions/Barnhill Produ Inc**

**1100 W 41st**

**Austin, TX 78756**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   **09/12/2023**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$600.00** |
|---|---|---|---|

**Celeste Armstrong**

**910 Geneva St**

**Glendale, CA 91207**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   **11/17/2025**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$275.00** |
|---|---|---|---|

**Cherry Beach Sound**

**33 Villers Street**

**Toronto, Ontario M5A 1A9,**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   **04/11/2025**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

Debtor   **Spoke Media, Inc.**                                      Case number *(if known)* _____
          Name

| Part 2: | Additional Page |

### 3.21 Nonpriority creditor's name and mailing address

**Chicago Podcast Studio**

**4043 N Ravenswood Ave #221**

**Chicago, IL 60613**

Date or dates debt was incurred   **02/20/2026**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   $425.00
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

### 3.22 Nonpriority creditor's name and mailing address

**Clarivate Analytics LLC/Compumark**

**Compumark Inc.**

**. P.O. Box 3773**

**Carol Stream, IL 60132**

Date or dates debt was incurred   **03/14/2025**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   $1,129.96
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

### 3.23 Nonpriority creditor's name and mailing address

**CurNesha Wyatt**

**12800 Corlett Ave**

**Los Angeles, CA 90059**

Date or dates debt was incurred   **11/12/2025**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   $410.84
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

### 3.24 Nonpriority creditor's name and mailing address

**Daniel Mateo Bonces Ortiz**

**13320 Beach Ave. #205**

**Marina Del Rey, CA 90292**

Date or dates debt was incurred   **11/12/2025**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   $1,000.00
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor   **Spoke Media, Inc.**                                                          Case number *(if known)* _____

Name

---

**Part 2:**   Additional Page

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,000.00
| | *Check all that apply.* |
| **Daria Cottingham** | ❑ Contingent |
| | ❑ Unliquidated |
| **1331 W 7th St. #604** | ❑ Disputed |
| **Los Angeles, CA 90017** | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   **11/30/2025** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number   __ __ __ __ | ❑ Yes |

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16.89
| | *Check all that apply.* |
| **Datasite LLC** | ❑ Contingent |
| | ❑ Unliquidated |
| **P.O. Box 74007252** | ❑ Disputed |
| **Chicago, IL 60674** | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   **08/31/2023** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number   __ __ __ __ | ❑ Yes |

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $56,180.60
| | *Check all that apply.* |
| **Davis Wright Tremaine LLP** | ❑ Contingent |
| | ❑ Unliquidated |
| **920 5th Ave. Suite 3300** | ❑ Disputed |
| **Seattle, WA 98104** | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   **12/21/2023** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number   __ __ __ __ | ❑ Yes |

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,000.00
| | *Check all that apply.* |
| **Dazzling Urbanite Inc** | ❑ Contingent |
| | ❑ Unliquidated |
| **FSO Marc Bernadin** | ❑ Disputed |
| | |
| **9640 Wilshire Blvd. 7th Floor** | **Basis for the claim:** _____ |
| **Beverly Hills, CA 90212** | **Is the claim subject to offset?** |
| | ☑ No |
| Date or dates debt was incurred   **11/06/2025** | ❑ Yes |
| Last 4 digits of account number   __ __ __ __ | |

---

Debtor  **Spoke Media, Inc.**
_____   Case number *(if known)* _____
        Name

| Part 2: | Additional Page |

**3.29** **Nonpriority creditor's name and mailing address**

**Delmore Digital Inc**
_____

**4510 W 28th St**
_____

**Los Angeles, CA 90016**
_____

Date or dates debt was incurred   **10/01/2025**

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
❑ Yes

$6,048.00

---

**3.30** **Nonpriority creditor's name and mailing address**

**Derek L. John**
_____

**1851 W. Larchmont Ave**
_____

**Chicago, IL 60613**
_____

Date or dates debt was incurred   **11/15/2025**

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
❑ Yes

$7,350.00

---

**3.31** **Nonpriority creditor's name and mailing address**

**Dustin Ferrer**
_____

**2100 Keniworth Ave**
_____

**Los Angeles, CA 90039**
_____

Date or dates debt was incurred   **11/21/2025**

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
❑ Yes

$4,000.00

---

**3.32** **Nonpriority creditor's name and mailing address**

**Evan Arnett**
_____

**1003 North Ridge Ave.**
_____

**Arlington Heights, IL 60004**
_____

Date or dates debt was incurred   **10/31/2025**

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
❑ Yes

$4,000.00

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor     **Spoke Media, Inc.**
         Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---|---|

---

**3.33** | **Nonpriority creditor's name and mailing address**

**Frankfurt Kurnit Klein & Selz, PC**

**P.O. Box 1006**

**New York, NY 10272**

Date or dates debt was incurred        **04/14/2025**

Last 4 digits of account number        — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**$14,932.50**

---

**3.34** | **Nonpriority creditor's name and mailing address**

**Good Tape, Inc.**

**13351 Riverside Dr. #119**

**Sherman Oaks, CA 91423**

Date or dates debt was incurred        **09/01/2025**

Last 4 digits of account number        — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**$937.50**

---

**3.35** | **Nonpriority creditor's name and mailing address**

**Guru Network Limited Inc./Castbox**

**4400 Route 9 S # 100**

**Freehold, NJ 07728-1383**

Date or dates debt was incurred        **05/2/2022**

Last 4 digits of account number        — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**$9,000.00**

---

**3.36** | **Nonpriority creditor's name and mailing address**

**Hallett & Perrin, P.C.**

**1445 Ross Ave Suite 2400**

**Dallas, TX 75202**

Date or dates debt was incurred        **06/2022**

Last 4 digits of account number        — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Unpaid Fees**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$36,713.20**

---

Debtor   **Spoke Media, Inc.**                                                       Case number *(if known)* _____
　　　　　Name

## Part 2:  Additional Page

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,782.98** |
|---|---|---|---|

**Hiscox, Inc.**

**P.O. Box 261567**

**Hartford, CT 06126**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     **07/19/2024**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$250.00** |
|---|---|---|---|

**Jaime Cepero**

**C/O Bret Adams Ltd.**

**261 W 35 St. Suite 204**

**New York, NY 10001**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     **02/18/2026**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,878.75** |
|---|---|---|---|

**Janielle Kastner**

**96 Starr St. #1R**

**Brooklyn, NY 11237**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     **01/20/2026**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,256.25** |
|---|---|---|---|

**Jason Marck**

**250 Lincolnwood Road**

**Highland Park, IL 60035**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     **01/06/2026**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number     __ __ __ __

Debtor **Spoke Media, Inc.**

Case number *(if known)* _____

Name

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 |
|---|---|---|---|

**Kelly Kolff**

**4604 Gaston Ave. Apt. A**

**Dallas, TX 75246**

Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred **02/24/2026**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number __ __ __ __

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,500.00 |
|---|---|---|---|

**Listen to Jazz LLC/CAA**

**C/O Jazmine Hughes**

**1108 Dean St.**

**Brooklyn, NY 11216**

Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred **07/28/2025**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number __ __ __ __

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,575.00 |
|---|---|---|---|

**Luis M Pena Gonzalez**

**5555 Bonner Ave. # 401**

**North Hollywood, CA 91601**

Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred **10/27/2025**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number __ __ __ __

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,000.00 |
|---|---|---|---|

**Meadow Media Inc.**

**1908 N. Berendo St.**

**Los Angeles, CA 90027**

Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred **11/21/2025**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number __ __ __ __

---

Official Form 206E/F **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Spoke Media, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

### Part 2: Additional Page

**3.45** | **Nonpriority creditor's name and mailing address**

**Megaphone, LLC(former)Spotify USA Inc**

**28222 Network Place**

**Chicago, IL 60673**

Date or dates debt was incurred    **03/01/2024**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**$211.06**

---

**3.46** | **Nonpriority creditor's name and mailing address**

**Monserrat Rodriguez**

**7124 Vinland Street**

**Dallas, TX 75227**

Date or dates debt was incurred    **12/01/2025**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**$815.62**

---

**3.47** | **Nonpriority creditor's name and mailing address**

**Myriam-Fernanda Alcala Delgado**

**1991 S. Truckee St**

**Aurora, CO 80013**

Date or dates debt was incurred    **09/02/2025**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**$3,150.00**

---

**3.48** | **Nonpriority creditor's name and mailing address**

**NPall Audio, Inc.**

**810 Dominican Dr**

**Nashville, TN 37228**

Date or dates debt was incurred    **02/21/2023**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**$10,300.00**

Debtor    **Spoke Media, Inc.**                                              Case number *(if known)* _____
          Name

---

Part 2:    Additional Page

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,885.75
| **Open Jar Studios LLC** | *Check all that apply.* |
| | ❑ Contingent |
| **1601 Broadway 11th Floor** | ❑ Unliquidated |
| **New York, NY 10019** | ❑ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred    **02/05/2026** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number    __ __ __ __ | ❑ Yes |

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $662.50
| **Periscope Post and Audio LLC** | *Check all that apply.* |
| | ❑ Contingent |
| **2602 16th St.** | ❑ Unliquidated |
| **Chicago, IL 60608** | ❑ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred    **08/15/2025** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number    __ __ __ __ | ❑ Yes |

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,585.00
| **Philadelphia Post/A Dream Out Loud Company** | *Check all that apply.* |
| | ❑ Contingent |
| **dba Philadelphia Post** | ❑ Unliquidated |
| | ❑ Disputed |
| **24 1st. Avenue Haddon Heights** | |
| **Haddon Heights, NJ 08035** | **Basis for the claim:** _____ |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred    **10/2022** | ☑ No |
| Last 4 digits of account number    __ __ __ __ | ❑ Yes |

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,721.88
| **Power Station at BerkleeNYC** | *Check all that apply.* |
| | ❑ Contingent |
| **441 W 53rd St** | ❑ Unliquidated |
| **New York, NY 10019** | ❑ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred    **06/09/2025** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number    __ __ __ __ | ❑ Yes |

---

Debtor    **Spoke Media, Inc.**                                                   Case number *(if known)* _____
　　　　　Name

---

**Part 2:**  Additional Page

---

**3.53**  **Nonpriority creditor's name and mailing address**

**Princess Weekes**

**12 Ford St. Apt. 4E**

**Brooklyn, NY 11213**

**Date or dates debt was incurred**     **11/06/2025**

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$8,000.00

---

**3.54**  **Nonpriority creditor's name and mailing address**

**Sammy B Syrett**

**13521 Applewood Dr**

**Grandview, MO 64030**

**Date or dates debt was incurred**     **11/07/2025**

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$9,975.00

---

**3.55**  **Nonpriority creditor's name and mailing address**

**Soundworks**

**Jefferey P Sheridian**

**3401 W Burbank Blvd.**

**Burbank, CA 91505**

**Date or dates debt was incurred**     **11/17/2025**

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$1,625.00

---

**3.56**  **Nonpriority creditor's name and mailing address**

**State of California**

**Franchise Tax Board**

**PO Box 942867**

**Sacramento, CA 94267-0011**

**Date or dates debt was incurred**     **2024**

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$56.78

---

Debtor     **Spoke Media, Inc.**                                                    Case number *(if known)* _____
      Name

| Part 2: | Additional Page |
|---------|-----------------|

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,481.25** |
|------|------|------|------|
| | **Studiopolis Inc.** | *Check all that apply.* | |
| | | ❑ Contingent | |
| | **11700 Ventura Blvd.** | ❑ Unliquidated | |
| | **Studio City, CA 91604** | ❑ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred **10/21/2021** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number — — — — | ❑ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,027.50** |
|------|------|------|------|
| | **Swerdlow Florence Sanchez Swerdlow & Wimm** | *Check all that apply.* | |
| | | ❑ Contingent | |
| | **10877 Wilshire Blvd.** | ❑ Unliquidated | |
| | **Los Angeles, CA 90024** | ❑ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred **11/30/2025** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number — — — — | ❑ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,838.21** |
|------|------|------|------|
| | **Tess Ryan** | *Check all that apply.* | |
| | | ❑ Contingent | |
| | **1782 Grevelia St** | ❑ Unliquidated | |
| | **South Pasadena, CA 91030** | ❑ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred **10/18/2025** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number — — — — | ❑ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,925.20** |
|------|------|------|------|
| | **The Hartford** | *Check all that apply.* | |
| | | ❑ Contingent | |
| | **PO Box BOX 660916** | ❑ Unliquidated | |
| | **Dallas, TX 75266** | ❑ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred **08/15/2025** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number — — — — | ❑ Yes | |

Debtor    **Spoke Media, Inc.**

Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.61**  **Nonpriority creditor's name and mailing address**

**The Invisible Studios/Holden Studios LLC**

**Holden Studios LLC**

**7325 Santa Monica Blvd**

**Los Angeles, CA 90046**

Date or dates debt was incurred    **11/07/2025**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$2,025.00

---

**3.62**  **Nonpriority creditor's name and mailing address**

**The Nord Group LLP**

**1925 Century Park East #1700**

**Los Angeles, CA 90067**

Date or dates debt was incurred    **09/29/2021**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$101,395.88

---

**3.63**  **Nonpriority creditor's name and mailing address**

**Tre'Shaun Jones**

**308 Clover Ct.**

**Red Oak, TX 75154**

Date or dates debt was incurred    **11/10/2025**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$3,195.85

---

**3.64**  **Nonpriority creditor's name and mailing address**

**Tyler Greene**

**The Story Producer LLC**

**29563 Camino Azar**

**Valencia, CA 91354**

Date or dates debt was incurred    **10/2025**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$12,000.00

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 17 of 20

Debtor    **Spoke Media, Inc.**

Name

Case number *(if known)*

---

**Part 2:**  Additional Page

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$700.00** |

**Universal City Studios LLC**

**PO Box 56257**

**Los Angeles, CA 90074**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**    **02/09/2026**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**    __ __ __ __

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 18 of 20

Debtor   **Spoke Media, Inc.**                                    Case number *(if known)* _____
 Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Merritt Webb** <br> **7100 Commerce Way Suite 260** <br> **Brentwood, TN 37027** | Line **3.48** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    **Spoke Media, Inc.**
          Name

Case number *(if known)*

**5.    Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.  **Total claims from Part 2** | 5b.  **+** | **$686,539.00** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$686,539.00** |

Fill in this information to identify the case:

Debtor name **Spoke Media, Inc.**

United States Bankruptcy Court for the: _____**Northern**_____ District of _____**Texas**_____
                                                                                (State)
Case number (If known): _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED** | **iHeartMedia + Entertainment, Inc.** |
| | State the term remaining | **0 months** | **125 West 55th Street 12th Floor** |
| | List the contract number of any government contract | | **New York, NY 10019** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED** | **Lincoln Center for the Preforming Arts, Inc.** |
| | State the term remaining | **0 months** | **70 Lincoln Center Plaza** |
| | List the contract number of any government contract | | **New York, NY 10023** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED** | **Raedio, LLC** |
| | State the term remaining | **0 months** | **8447 Wilshire Blvd** |
| | List the contract number of any government contract | | **Beverly Hills, CA 90211** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Contract to be ASSUMED** | **Universal Studio Group** |
| | State the term remaining | **0 months** | **100 Universal City Plaza, 1440 16th Floor** |
| | List the contract number of any government contract | | **Universal City, CA 91608** |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                page 1 of __1__

Fill in this information to identify the case:

Debtor name **Spoke Media, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known): _____

❏ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ❏ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br><br> _____ <br><br> City　State　ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.2 _____ | Street _____ <br><br> _____ <br><br> City　State　ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.3 _____ | Street _____ <br><br> _____ <br><br> City　State　ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.4 _____ | Street _____ <br><br> _____ <br><br> City　State　ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

Debtor     **Spoke Media, Inc.**                                              Case number (if known) _____
           Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | _____ <br> Street <br> _____ <br><br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.6 | _____ | _____ <br> Street <br> _____ <br><br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

Official Form 206H                    **Schedule H: Codebtors**                    page __2__ of __2__

Fill in this information to identify the case:

Debtor name _____**Spoke Media, Inc.**_____

United States Bankruptcy Court for the:
_____**Northern District of Texas**_____

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*......................................................................................................

   **$0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................

   **$179,919.83**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................................

   **$179,919.83**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   **$1,798,513.97**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................

   **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................................

   **+        $686,539.00**

4. **Total liabilities**...................................................................................................................................
   Lines 2 + 3a + 3b

   **$2,485,052.97**

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

Fill in this information to identify the case:

Debtor name _____**Spoke Media, Inc.**_____

United States Bankruptcy Court for the:

_____**Northern District of Texas**_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

### Part 1: Income

1.  **Gross revenue from business**

    ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **31,668.00 approx**<br>**$0.00** |
| **For prior year:** From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,107,131.00** |
| **For the year before that:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,326,480.00** |

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

Debtor   **Spoke Media, Inc.**                                                                 Case number *(if known)*
Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|---------------------------------------------------------|

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|-----------------------------|-------|----------------------|--------------------------------------------------------|
| 3.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City        State     ZIP Code | _____ <br> _____ <br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|----------------------------|-------|----------------------|--------------------------------|
| 4.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City        State     ZIP Code <br> **Relationship to debtor** <br> _____ | _____ <br> _____ <br> _____ | _____ | _____ <br> _____ <br> _____ |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|-----------------------------|----------------------------|------|-------------------|

Debtor **Spoke Media, Inc.**
Name

Case number *(if known)* _____

5.1. _____   _____   _____   _____

Creditor's name

_____

Street

_____

_____

City                State    ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ Creditor's name _____ Street _____ _____ City   State  ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

---

Part 3: Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Carl Freed vs. Spoke Media, Inc.** Case number **DC-25-03928** | **Judgement** | **193rd District Court of Dallas County** Name **600 Commerce Street Box 822** Street **George L. Allen, Sr. Courts Building** **Dallas, TX 75202** City   State  ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Beau Delmore v Spoke Media, Inc., et al.** Case number **26STC00459** | _____ | **Superior Court of California County of Los Angeles** Name **111 North Hill Street** Street **Stanley Mosk Courthouse** **Los Angeles, CA 90012** City   State  ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |

Debtor **Spoke Media, Inc.**
Name

Case number *(if known)* _____

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|

**7.3.**

**Case title**

**Luis Pena v. Spoke Media Studios, LLC, et al.**

**Case number**

**26PDSC00179**

**Nature of case**

**Court or agency's name and address**

**Superior Court of California County of Loas Angeles**
Name

**300 East Walnut Street**
Street

**Pasadena Courthouse**

**Pasadena, CA 91101**
City                        State      ZIP Code

**Status of case**

☑ Pending

❏ On appeal

❏ Concluded

**7.4.**

**Case title**

**Belly Bear, LLC vs Spoke Media, Inc.**

**Case number**

**JPC-26-01923-42**

**Nature of case**

**Court or agency's name and address**

**Dallas County Justice Court, Precinct 4, Place 2**
Name

**106 W Church St #210**
Street

**Grand Prairie, TX 75050**
City                        State      ZIP Code

**Status of case**

☑ Pending

❏ On appeal

❏ Concluded

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**8.1.**

**Custodian's name and address**

Custodian's name

Street

City                        State      ZIP Code

**Description of the property**

**Case title**

**Case number**

**Date of order or assignment**

**Value**

**Court name and address**

Name

Street

City                        State      ZIP Code

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Debtor  **Spoke Media, Inc.**                                                     Case number *(if known)*
     Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

Recipient's name

Street

City                    State      ZIP Code

**Recipient's relationship to debtor**

---

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.

---

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|------|--------------------------------------------|-------------------------------------------------|-------|------------------------|
| | **Tran Singh LLP** | **Attorney's Fee** | **02/19/2026** | **$37,000.00** |

**Address**

**2502 La Branch St.**
Street

**Houston, TX 77004**
City                    State      ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

---

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **5**

Debtor **Spoke Media, Inc.**                                                    Case number *(if known)* _____
      Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Trustee** | | | |
| | _____ | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____ To _____ |
| Street | |
| _____ | |
| City          State    ZIP Code | |

Debtor    **Spoke Media, Inc.**                                              Case number *(if known)* _____
           Name

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

❏ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name <br><br> _____ <br> Street | _____ <br><br> **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | _____ <br><br> **How are records kept?** |
| _____ <br> City        State    ZIP Code | _____ <br><br> _____ | *Check all that apply:* <br> ❏ Electronically <br> ❏ Paper |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❏ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ❏ No

   ❏ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

❏ Yes. Does the debtor serve as plan administrator?

   ❏ No. Go to Part 10.

   ❏ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

   Has the plan been terminated?

   ❏ No

   ❏ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **7**

Debtor **Spoke Media, Inc.**

Name          Case number *(if known)* _____

18.1 _____   XXXX– _ _ _ _    ❏ Checking     _____    _____

Name                                      ❏ Savings

_____                       ❏ Money market

Street                                      ❏ Brokerage

_____                       ❏ Other

_____                       _____

City              State    ZIP Code

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 **Depository institution name and address** | **Names of anyone with access to it** | **Description of the contents** | **Does debtor still have it?** |
|---|---|---|---|
| | | | ❏ No |
| Name | | | ❏ Yes |
| Street | | | |
| | **Address** | | |
| City    State   ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 **Facility name and address** | **Names of anyone with access to it** | **Description of the contents** | **Does debtor still have it?** |
|---|---|---|---|
| | | | ❏ No |
| Name | | | ❏ Yes |
| Street | | | |
| | **Address** | | |
| City    State   ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| **Owner's name and address** | **Location of the property** | **Description of the property** | **Value** |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| City    State   ZIP Code | | | |

Debtor   **Spoke Media, Inc.**
Name                                                                                          Case number *(if known)* _____

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ☑ No

   ☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☑ No

   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ☑ No

   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

Debtor   **Spoke Media, Inc.**                                                    Case number *(if known)* _____
         Name

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.  **Spoke Media Studios, LLC** _____        _____        EIN:  **8 7** – **1 8 4 6 1 0 0**
Name

**220 E Las Colinas Suite C210** _____                                             **Dates business existed**
Street

                                                                                    From _____   To _____

**Irving, TX 75039** _____
City            State    ZIP Code

**26.  Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.  **Claudia Moglovkin** _____        From **2019** ____   To **Current** ____
Name

**220 E. Las Colinas Blvd. Suite C-210** _____
Street

**Irving, TX 75039** _____
City                          State          ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1.  **HM&M** _____        From **2020** ____   To **Present** ____
Name

**5005 Lyndon B. Johnson Fwy Suite 1200** _____
Street

**Dallas, TX 75244** _____
City                          State          ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

Debtor   **Spoke Media, Inc.**                                                                Case number *(if known)*
         Name

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | | |
| Name | | |
| Street | | |
| City | State | ZIP Code |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| City    State    ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City    State    ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| George Laughlin | | CEO, | 0.00% |
| Shawn Nunn | | , | 0.00% |
| Claudia Moglovkin | | , | 0.00% |

Debtor   **Spoke Media, Inc.**   Case number *(if known)* _____
Name

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Keith Reynolds** | _____ | **Founder/President,** | From **06/01/2018** <br> To **02/22/2024** |
| **Alia Tavakolian** | _____ | **Founder/President,** | From **06/01/2018** <br> To **12/05/2025** |

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Alia Tavakolian** <br> Name | **$5,000.00** | **04/11/2025** | **Compensation** |
| | **$5,000.00** | **04/28/2025** | |
| Street | **$5,000.00** | **05/12/2025** | |
| | **$5,000.00** | **05/27/2025** | |
| City          State      ZIP Code | **$5,000.00** | **06/12/2025** | |
| **Relationship to debtor** | **$5,000.00** | **06/25/2025** | |
| **Founder and former President** | **$5,500.00** | **07/09/2025** | |
| | **$5,500.00** | **07/29/2025** | |
| | **$5,500.00** | **08/12/2025** | |
| | **$5,500.00** | **08/26/2025** | |
| | **$5,500.00** | **09/11/2025** | |
| | **$5,500.00** | **09/29/2025** | |
| | **$5,500.00** | **10/13/2025** | |
| | **$5,500.00** | **10/28/2025** | |
| | **$5,500.00** | **11/11/2025** | |
| | **$5,500.00** | **11/25/2025** | |
| | **$2,538.40** | **12/09/2025** | |

Debtor **Spoke Media, Inc.**
Name

Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Keith Reynolds** <br> Name <br><br> Street <br><br> City          State     ZIP Code <br><br> **Relationship to debtor** <br><br> **Founder and former President** | $6,250.00 <br> $6,250.00 <br> $6,250.00 <br> $6,250.00 <br> $6,250.00 <br> $6,250.00 <br> $6,250.00 <br> $6,250.00 | 05/01/2025 <br> 06/02/2025 <br> 07/01/2025 <br> 08/01/2025 <br> 08/28/2025 <br> 10/01/2025 <br> 10/27/2025 <br> 12/01/2025 | **Settlement Payment** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. **High Five Media, LLC** <br> Name <br><br> Street <br><br> City          State     ZIP Code <br><br> **Relationship to debtor** <br><br> **Parent Company** | $50,000.00 <br> $66,100.00 | 05/01/2025 <br> 09/12/2025 | **Repayment** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

❏ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ⎯ ⎯ – ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

❏ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ⎯ ⎯ – ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**06/24/2026**___
            MM/ DD/ YYYY

Debtor      **Spoke Media, Inc.** _____      Case number *(if known)* _____
          Name

**X** **/s/ George Laughlin** _____      Printed name _____ **George Laughlin** _____
          Signature of individual signing on behalf of the debtor

          Position or relationship to debtor _____ **CEO** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Spoke Media, Inc.**                                          CASE NO

                                                                       CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    **06/24/2026**         Signature                    **/s/ George Laughlin**
                                                              George Laughlin, CEO

708 Sound Studios Inc.
220-708 Powell St Vancouver, BC V6A
1H6

Addison Vaughn
221 Clarkson Ave Apt 3R
Brooklyn, NY 11226

Alecia Parker
27 West 72nd #302
New York, NY 10023

Anonymous Content, LLC
Attn.: Accounts Receivable
8501 Washington Blvd
Culver City, CA 90232

Ashley Coartney
3851 W Hirsch St. #210
Chicago, IL 60651

Audioboom LTD
Dept CH-1093
Palatine, IL 60055

Bam Studios Inc.
1 E. Erie St. Ste 350
Palatine, IL 60055

Barkada Ko LLC
Tara Patricia M. Aquino
1809 Clinton St. #9
Los Angeles, CA 90026

Beatstreet NYC
928 Broadway St Suite 601
New York, NY 10010

Beau Delmore
4510 W 28th St
Los Angeles, CA 90016

Because It's Ugly, Inc.
C/O United Talent Agency/Acct. 9336
9336 Civic Center Drive
Beverly Hills, CA 90210

Belly Bear/Christian Spicer Mazza
Belly Bear LLC
560 W. Main St. Suite C, #252
Alhambra, CA 91801

Brian Luce
4147 South Wallace Ave
Chicago, IL 60609

Brigham Mosley
134 3/4 S Ave. 53
Los Angeles, CA 90042

Bright Goose Media Consulting
LLC
4505 Tobias Ave
Sherman Oaks, CA 91403

Capitol Corporate Services
L-4361
Columbus, OH 43260

Carl Freed
1020 Chantilly Road
Los Angeles, CA 90077

Castleview Productions/Barnhill
Produ Inc
1100 W 41st
Austin, TX 78756

Celeste Armstrong
910 Geneva St
Glendale, CA 91207

Cherry Beach Sound
33 Villers Street
Toronto, Ontario M5A 1A9

Chicago Podcast Studio
4043 N Ravenswood Ave #221
Chicago, IL 60613

Clarivate Analytics
LLC/Compumark
Compumark Inc.
. P.O. Box 3773
Carol Stream, IL 60132

CurNesha Wyatt
12800 Corlett Ave
Los Angeles, CA 90059

Daniel Mateo Bonces Ortiz
13320 Beach Ave. #205
Marina Del Rey, CA 90292

Daria Cottingham
1331 W 7th St. #604
Los Angeles, CA 90017

Datasite LLC
P.O. Box 74007252
Chicago, IL 60674

Davis Wright Tremaine LLP
920 5th Ave. Suite 3300
Seattle, WA 98104

Dazzling Urbanite Inc
FSO Marc Bernadin
9640 Wilshire Blvd. 7th Floor
Beverly Hills, CA 90212

Delmore Digital Inc
4510 W 28th St
Los Angeles, CA 90016

Derek L. John
1851 W. Larchmont Ave
Chicago, IL 60613

Dustin Ferrer
2100 Keniworth Ave
Los Angeles, CA 90039

Evan Arnett
1003 North Ridge Ave.
Arlington Heights, IL 60004

Frankfurt Kurnit Klein & Selz, PC
P.O. Box 1006
New York, NY 10272

Good Tape, Inc.
13351 Riverside Dr. #119
Sherman Oaks, CA 91423

Guru Network Limited
Inc./Castbox
4400 Route 9 S # 100
Freehold, NJ 07728-1383

Hallett & Perrin, P.C.
1445 Ross Ave Suite 2400
Dallas, TX 75202

High Five Media, LLC
220 E Las Colinas Suite C210
Irving, TX 75039

Hiscox, Inc.
P.O. Box 261567
Hartford, CT 06126

iHeartMedia + Entertainment,
Inc.
125 West 55th Street 12th Floor
New York, NY 10019

Jaime Cepero
C/O Bret Adams Ltd.
261 W 35 St. Suite 204
New York, NY 10001

Janielle Kastner
96 Starr St. #1R
Brooklyn, NY 11237

Jason Marck
250 Lincolnwood Road
Highland Park, IL 60035

Kelly Kolff
4604 Gaston Ave. Apt. A
Dallas, TX 75246

Lincoln Center for the Preforming
Arts, Inc.
70 Lincoln Center Plaza
New York, NY 10023

Listen to Jazz LLC/CAA
C/O Jazmine Hughes
1108 Dean St.
Brooklyn, NY 11216

Luis M Pena Gonzalez
5555 Bonner Ave. # 401
North Hollywood, CA 91601

Meadow Media Inc.
1908 N. Berendo St.
Los Angeles, CA 90027

Megaphone, LLC(former)Spotify
USA Inc
28222 Network Place
Chicago, IL 60673

Merritt Webb
7100 Commerce Way Suite 260
Brentwood, TN 37027

Monserrat Rodriguez
7124 Vinland Street
Dallas, TX 75227

Myriam-Fernanda Alcala Delgado
1991 S. Truckee St
Aurora, CO 80013

NPall Audio, Inc.
810 Dominican Dr
Nashville, TN 37228

Open Jar Studios LLC
1601 Broadway 11th Floor
New York, NY 10019

Periscope Post and Audio LLC
2602 16th St.
Chicago, IL 60608

Philadelphia Post/A Dream Out
Loud Company
dba Philadelphia Post
24 1st. Avenue Haddon Heights
Haddon Heights, NJ 08035

Power Station at BerkleeNYC
441 W 53rd St
New York, NY 10019

Princess Weekes
12 Ford St. Apt. 4E
Brooklyn, NY 11213

Raedio, LLC
8447 Wilshire Blvd
Beverly Hills, CA 90211

Sammy B Syrett
13521 Applewood Dr
Grandview, MO 64030

Soundworks
Jefferey P Sheridian
3401 W Burbank Blvd.
Burbank, CA 91505

State of California
Franchise Tax Board
PO Box 942867
Sacramento, CA 94267-0011

Studiopolis Inc.
11700 Ventura Blvd.
Studio City, CA 91604

Swerdlow Florence Sanchez
Swerdlow & Wimm
10877 Wilshire Blvd.
Los Angeles, CA 90024

Tess Ryan
1782 Grevelia St
South Pasadena, CA 91030

The Hartford
PO Box BOX 660916
Dallas, TX 75266

The Invisible Studios/Holden
Studios LLC
Holden Studios LLC
7325 Santa Monica Blvd
Los Angeles, CA 90046

The Nord Group LLP
1925 Century Park East #1700
Los Angeles, CA 90067

Tre'Shaun Jones
308 Clover Ct.
Red Oak, TX 75154

Tyler Greene
The Story Producer LLC
29563 Camino Azar
Valencia, CA 91354

Universal City Studios LLC
PO Box 56257
Los Angeles, CA 90074

Universal Studio Group
100 Universal City Plaza, 1440 16th Floor
Universal City, CA 91608

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                    CHAPTER  **11**
**Spoke Media, Inc.**

DEBTOR(S)                                                 CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **High Five Media, LLC**<br>220 E. Las Colinas Blvd., Suite C-210, Irving, TX 75039 | Common stock | 4,410,241 | |
| **Alia Tavakolian**<br>1630 Cerro Gordo St., Los Angeles, CA 90026 | Common stock | 2,172,520 | |
| **Carl Freed** | Common stock | 84,746 | |
| **Jim Janicki** | Common stock | 42,373 | |
| **Jeff Donaldson** | Common stock | 42,373 | |
| **Michael Norvet** | Common stock | 102,906 | |
| **Adam Edris** | Common stock | 41,162 | |
| **Marc Burell** | Common stock | 82,325 | |
| **Gaye Morton** | Common stock | 28,796 | |
| **Nancy Reynolds** | Common stock | 12,366 | |
| **Sheritalyn Solis** | Common stock | 14,566 | |
| **Keisha Dutes** | Common stock | 20,543 | |
| **Adam Edris** | Common stock | 41,162 | |
| **Travis Ballenger** | Common stock | 1,274,819 | |
| **Carson McCain** | Common stock | 42,373 | |
| **Brigham Mosley** | Common stock | 42,373 | |
| **Will Short** | Common stock | 42,373 | |
| **Andrew Walker** | Common stock | 42,373 | |
| **Jeff Donaldson** | Common stock | 42,373 | |
| **Venn Ventures** | Common stock | 148,304 | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**CEO**_____ of the _____**Public Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **06/24/2026**　　　　　　　Signature: **/s/ George Laughlin**

*George Laughlin*

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE: **Spoke Media, Inc.**

CASE NO

CHAPTER **11**

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY

### PETITION, LISTS, STATEMENTS, AND SCHEDULES

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date

**06/24/2026**

**/s/ George Laughlin**

George Laughlin
CEO
EIN No.   3 5 2 3

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date

**06/24/2026**

**/s/ Susan Tran Adams**

Susan Tran Adams
Attorney