**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Spoke Media, Inc. | ) | Case No. 26-42755-mxm11 |
| | ) | |
| Debtor. | ) | Subchapter V |

**DEBTOR'S RESPONSE TO NOTICE**

Spoke Media, Inc. (the "Debtor"), through its proposed counsel, hereby files this *Response to Notice* (the "Response"), and in support of the requested relief, would show as follows:

1.    On June 24, 2026, Stephen J. Manz, Clerk of the Court, issued a letter reflecting the need for an additional filing of the creditors' matrix [Docket No. 4].

2.    On June 25, 2026, the Debtor uploaded its creditors via CM/ECF.

Dated: June 26, 2026

Respectfully submitted,

**TRAN SINGH LLP**

By:*/s/Susan Tran Adams*
Brendon Singh | TBN: 24075646
Susan Tran | TBN: 24075648
2502 La Branch Street
Houston, TX 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
bsingh@ts-llp.com
stran@ts-llp.com

**PROPOSED ATTORNEYS FOR THE DEBTOR**

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026, all the following parties attached on creditor matrix were served a true and correct copy of the foregoing Motion via First Class Mail, facsimile, or electronic notice via CM/ECF.

*/s/Susan Tran Adams*
Susan Tran Adams